UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

The State of Nevada by its Attorney General Catherine Cortez Masto

      Plaintiff(s),

vs.

Renown Health

      Defendant(s).

Case #3:12-cv-00409-LRH-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____William E. Berlin_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

    Ober, Kaler, Grimes & Shriver, A Professional Corporation
    (firm name)

with offices at _____1401 H Street, N.W., Suite 500_____,
    (street address)

__Washington__, __District of Columbia__, __20005__,
(city)     (state)     (zip code)

__202-326-5011__, __weberlin@ober.com__.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Renown Health_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since __10.14.1994__, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __District of Columbia__ where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Supreme Court | 05.24.2010 | |
| U.S. Court of Appeals for the 4th Circuit | 12.05.1988 | |
| U.S. Court of Appeals for the 6th Circuit | 07.08.1993 | |
| U.S. Court of Appeals for the 7th Circuit | 07.16.1993 | |
| U.S. Court of Appeals for the 3d Circuit | 05.11.2007 | |
| U.S. Dist. Cts: E.D. Va. and D.D.C. | 10.06.1989 (Va.) | 12.05.1994 (D.C.) |
| Supreme Court of Virginia | 11.14.1988 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations:

District of Columbia
Virginia (Associate member)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF District of Columbia  )
                               )
COUNTY OF _____    )

_____William E. Berlin_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_14th_ day of _August_, _2012_

Margery M. Manlooth
District of Columbia, Notary Public
My Commission Expires
May 31, 2015

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Kirk B. Lenhard__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Brownstein, Hyatt, Farber, Schrek; 100 North City Parkway, Suite 1600__,
(street address)

__Las Vegas__, __Nevada__, __89106__,
(city)         (state)        (zip code)

(702) 464-7045          klenhard@bhfs.com
(area code + telephone number)    (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Kirk B. Lenhard___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

   1437                               klenhard@bhfs.com
Bar number                            Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____WILLIAM  E.  BERLIN_____

was on the __14TH__ day of _____OCTOBER, 1994_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 10, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk